Matter of Nagin (2025 NY Slip Op 07366)

Matter of Nagin

2025 NY Slip Op 07366

Decided on December 31, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 31, 2025

PM-295-25
[*1]In the Matter of Nicole Lyn Nagin, an Attorney. (Attorney Registration No. 5396866.)

Calendar Date:December 29, 2025

Before:Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ.

Nicole Lyn Nagin, Cedar Rapids, Iowa, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Nicole Lyn Nagin was admitted to practice by this Court in 2016 and lists a business address in Cedar Rapids, Iowa with the Office of Court Administration. Nagin now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Nagin's application.
Upon reading Nagin's affidavit sworn to November 14, 2025 and filed November 18, 2025, and upon reading the December 23, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Nagin is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Nicole Lyn Nagin's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Nicole Lyn Nagin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Nicole Lyn Nagin is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Nagin is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Nicole Lyn Nagin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.